UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA; STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, AND WASHINGTON; THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; THE DISTRICT OF COLUMBIA; GUAM, PUERTO RICO, and THE U.S. VIRGIN ISLANDS, <br><br>*ex rel.* LEONARDO S. SORGI, <br><br>Plaintiffs, <br><br>v. <br><br>JAZZ PHARMACEUTICALS PLC, JAZZ PHARMACEUTICALS, INC., and JAZZ PHARMACEUTICALS IRELAND LIMITED, <br><br>Defendants. | Civil Action No. 1:21-cv-10891-PBS <br><br> Judge Patti B. Saris <br><br>**Plaintiff-Relator's Response to Defendants' Request for Judicial Notice and Cross-Request for Judicial Notice** |

Relator-Plaintiff Leonardo S. Sorgi does not oppose Defendants' request to take judicial notice of the documents attached as 1 through 39 to their motion (ECF No. 73) for the limited purpose of their existence and contents. However, the Court should not take judicial notice of the truth of any statement asserted in those documents. *See, e.g., Alharbi v. Beck,* 62 F. Supp. 3d 202, 209 (D. Mass. 2014). Indeed, Relator alleges that some of the statements in those documents contain fraudulent misrepresentations, as alleged in the Amended Complaint (ECF No. 63), such as Defendants' statements to the Patent Office and the Patent Trial and Appeal Board.

1

Relator also disagrees with the moving defendants' characterization of the contents of some of the documents, as discussed in Relator's opposition brief.

Should the Court grant Defendants' request, the Court by the same token should also take judicial notice of the following documents for their existence and contents:

A. Jazz Pharmaceuticals plc 2015 Form 10-K filed with the United States Securities and Exchange Commission, available at:

    https://www.sec.gov/Archives/edgar/data/1232524/000123252415000030/jazz1231201410k.htm.

    **Attached as Exhibit A**.

B. Terms of Use for the Jazz Pharmaceuticals plc Medical Information portal directed at U.S. doctors, available at:

    https://jazzpharmamicglobalorg.my.site.com/s/ (Pages 1 and 2)

    https://jazzpharmamicglobalorg.my.site.com/s/us-healthcare-professional (Page 3)

    https://www.jazzpharma.com/terms-of-use (Pages 4-7).

    **Attached as Exhibit B**.

Dated: January 15, 2025

> /s/ Ana Muñoz
> By: Ana Isabel Munoz
> (Mass. Bar No. 569233)
>
> **ZALKIND DUNCAN &
> BERNSTEIN LLP**
> 65A Atlantic Avenue
> Boston, MA 02110
> Telephone: (617) 742-6020
> AMunoz@ZalkindLaw.com

**HERRERA KENNEDY LLP**
Nicomedes Sy Herrera
(*admitted pro hac vice*)
Shawn M. Kennedy
(*admitted pro hac vice*)
Bret D. Hembd (*admitted pro hac vice*)
Laura E. Seidl (*admitted pro hac vice*)
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 422-4700
NHerrera@HerreraKennedy.com
SKennedy@HerreraKennedy.com
BHembd@HerreraKennedy.com
LSeidl@HerreraKennedy.com


**SPARACINO PLLC**
Tejinder Singh
(*admitted pro hac vice*)
1920 L Street, NW, Suite 835
Washington, DC 20036
Telephone: (202) 629-3530
Tejinder.Singh@Sparacinopllc.com

**POLLOCK COHEN LLP**
Adam Pollock (*admitted pro hac vice*)
111 Broadway, Suite 1804
New York, NY 10006
Telephone: (212) 337-5361
Adam@PollockCohen.com


*Attorneys for Plaintiff-Relator
Leonardo S. Sorgi*

## CERTIFICATE OF SERVICE

    I hereby certify that on January 15, 2025 a true copy of the above document was served upon the attorney of record for each party by the ECF system.

<u>/s/Ana Muñoz</u>
Ana Muñoz
